53 A.3d 1317

**Abdel FATTAH, Petitioner**

**v.**

**Moore SMEAL, Marirosa Lamas, Robert Marsh, William T. Williams, Horton, John Symons, Burke and Doll, Respondents.**

**No. 130 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 3, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of October, 2012, the "Emergency Motion for Extraordinary Relief" and the "Motion to [sic] Leave of Court" are **DENIED.**